UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRUCKMAN & VICTORY,           )
       Plaintiff,           )
                  )
v.                             )   Civil No. 6-407 (GK)
MINE SAFETY AND HEALTH         )
ADMINISTRATION, et al.,        )
       Defendants           )
_____)

CONSENT MOTION FOR ENLARGEMENT OF TIME

    Defendants respectfully submit this request for an extension of time in which to respond to plaintiff's complaint.  This matter concerns a Freedom of Information Act (FOIA) request for the complete accident file generated from a Mine Safety and Health Administration (MSHA) investigation of methane ignitions in a mine.

    At the time the FOIA request was made, the matter was under investigation, and MSHA withheld all documents under Exemption 7 (A).  More recently, the investigation has been completed, and MSHA believes that the Exemption is no longer applicable to the entire file. The documents involved are voluminous, and estimated search and related fees exceed $4,000.  Therefore, by correspondence dated April 12, 2006, MSHA sought assurance of payment from plaintiff prior to processing of the FOIA request. MSHA estimates that after receipt of assurance of payment, approximately 30-45 days will be required to process the entire file for any applicable FOIA or Privacy Act exemptions.   The parties are currently engaged in discussion of accommodations concerning the processing of the request.

    An answer currently is due on April 14, 2006.  Counsel for the plaintiff has consented to a 30 day extension of time for defendants to file a response to the complaint.  Therefore, defendants request an extension of 30 days to either respond to the complaint or file a status

report with the Court.  This is the first request for an extension filed by defendant in this matter.

       Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar No. 451048
United States Attorney

_____
RUDOLPH  CONTRERAS, D.C. Bar No.  434122
Assistant United States Attorney

_____
RHONDA C. FIELDS
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division
Washington, D.C.  20001
(202) 514-6970