**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| BRUCKMAN & VICTORY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 6-407 (GK) |
| MINE SAFETY AND HEALTH | ) | |
| ADMINISTRATION, et al., | ) | |
| Defendants | ) | |
| _____ | ) | |

ORDER

    Upon consideration of the consent motion for an extension of time to file a response in this matter, it is hereby

    ORDERED that on or before May 15, 2006, the defendants shall file a response to the complaint or submit a status report to the Court.

Date:            _____

                  UNITED STATES DISTRICT JUDGE