# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BRUCKMAN & VICTORY,   )
    Plaintiff,     )
           )
   v.       )  Civil No. 6-407 (GK)
MINE SAFETY AND HEALTH  )
ADMINISTRATION, et al.,   )
    Defendants   )
_____)

## CONSENT MOTION FOR ENLARGEMENT OF TIME

Defendants respectfully submit this request for an extension of time in which to respond to plaintiff's complaint.  This matter concerns a Freedom of Information Act (FOIA) request for the complete accident file generated from a Mine Safety and Health Administration (MSHA) investigation of methane ignitions in a mine.

At the time the FOIA request was made, the matter was under investigation, and MSHA withheld all documents under Exemption 7 (A).  More recently, the investigation has been completed, and MSHA believes that the Exemption is no longer applicable to the entire file. The documents involved are voluminous, and estimated search and related fees exceed $4,000. Therefore, by correspondence dated April 12, 2006, MSHA sought assurance of payment from plaintiff prior to processing of the FOIA request.  That assurance was obtained, and MSHA processed the plaintiff's request and submitted responsive documents to the plaintiff.

An answer currently is due on May 15, 2006.  Defendant has asked plaintiff , inter alia, whether based on the submission made,  any dispute remains in this matter.  Plaintiff's counsel advised that plaintiff is reviewing the documents submitted and suggested that another 30 days extension be obtained.  Therefore, since this matter might be disposed of without expenditure of further judicial resources, defendants request an extension of 30 days to respond to the

complaint.  This is the second request for an extension filed by defendant in this matter.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar No. 451048
United States Attorney


_____
RUDOLPH  CONTRERAS, D.C. Bar No.  434122
Assistant United States Attorney


_____
RHONDA C. FIELDS
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division
Washington, D.C.  20001
(202) 514-6970