## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCKMAN & VICTORY,<br>        Plaintiff,<br><br>   v.<br>MINE SAFETY AND HEALTH<br>ADMINISTRATION, et al.,<br>        Defendants<br>_____ | )<br>)<br>)<br>)    Civil No. 6-407 (GK)<br>)<br>)<br>)<br>) |

ORDER

Upon consideration of the consent motion for extension of time, it is hereby

ORDERED that the motion is granted and defendant shall file a response to plaintiff's complaint on or before June 14, 2006.

Date: _____
                           UNITED STATES DISTRICT JUDGE