UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCKMAN & VICTORY,       )<br>         Plaintiff,       )<br>                                         )<br>v.                                      )<br>MINE SAFETY AND HEALTH  )<br>ADMINISTRATION, et al.,      )<br>         Defendants       )<br>_____) | Civil No. 06-407 (GK) |

### JOINT STIPULATION OF DISMISSAL

Plaintiff Bruckman & Victory, LLP and the defendants hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41 (a) to dismiss the captioned matter with prejudice.

Each party will bear its own attorney's fees and costs.

**STIPULATED AND AGREED:**

/s/

_____
MARK S. ZAID
D.C. Bar # 44532
1920 N Street, N.W., Ste 300
Washington, D.C. 20036

Attorney for Plaintiff

KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

     /s/
_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
202/514/6970

Attorneys for Defendants